

# Fourth Court of Appeals
## San Antonio, Texas

September 3, 2019

No. 04-19-00438-CR

**EX PARTE ROBERT METZGER,**

From the 216th Judicial District Court, Kerr County, Texas
Trial Court No. A1920
Honorable N. Keith Williams, Judge Presiding

# O R D E R

The Motion for Extension of Time to File State's Brief is hereby GRANTED. The State's brief is due on or before October 9, 2019.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 3rd day of September, 2019.

_____
Keith E. Hottle,
Clerk of Court